**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michel WITHERS, Defendant–
Appellant.**

**No. 03–50136.
D.C. No. CR–97–01085–R–01.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 16, 2003.

Ronald L. Cheng, Christopher M. Brunwin, USLA–Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Michel Withers, pro se, Adelanto, CA, for Defendant–Appellant.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

## MEMORANDUM**

Federal prisoner Michel Withers appeals pro se the denial of his motion for production of wiretap orders and affidavits. We lack jurisdiction to review this

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

non-appealable order. *Cf.* 28 U.S.C. § 1291.

**DISMISSED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

